IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KALIB J. DELVALLE                                                  PETITIONER

v.                        NO. 2:17-cv-00055 JM

G. BEASLEY, Warden, FCI-Forrest City                    RESPONDENT

## ORDER

The Court has received findings and recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2241 filed by petitioner Kalib J. Delvalle is denied. This case is dismissed, and judgment will be entered for respondent G. Beasley.

IT IS SO ORDERED this 15th day of September, 2017.

_____
UNITED STATES DISTRICT JUDGE